> Motion GRANTED. Extension as requested.
> /s/ signature

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00103 |
| | ) | JUDGE TRAUGER |
| AURTHEDESS EUGENE SMITH | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Aurthedess Smith moves to extend the time for filing pretrial motions until four weeks after receiving discovery. This matter currently is set for trial on November 5, 2013. Mr. Smith is released on bond pending trial.

In support of this motion, the defendant would show the following: Defense counsel has not yet received discovery from the government and therefore is not in a position to determine whether pretrial motions are appropriate.

Respectfully submitted,

　/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Aurthedess Eugene Smith

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, I electronically filed the foregoing Motion To Extend with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

　/s/ *Caryll S. Alpert*
CARYLL S. ALPERT