Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00103 |
| | ) | JUDGE TRAUGER |
| AURTHEDESS EUGENE SMITH | ) | |

## MOTION TO CONTINUE TRIAL AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Aurthedess Smith moves to continue his December 17, 2013, trial and to extend the time for filing pretrial motions until four weeks before any new trial date. Mr. Smith is released on bond pending trial.

In support of this motion, the defendant would show the following: Defense counsel is investigating the facts and circumstances of the traffic stop which led to Mr. Smith's arrest. This research and investigation is necessary both to assess the merits of any potential pretrial motions and to provide Mr. Smith with sound advice about proposed courses of action in this matter.

Defense counsel has discussed the possibility of a continuance with Mr. Smith, who concurs in the request and will be filing a speedy trial waiver.

Due to upcoming several other matters anticipated to be tried in the next three months, counsel requests that this matter be re-set after March 18, 2013. Assistant United States Attorney Lee Deneke advises that he has no opposition to the requested action.

For these reasons, Mr. Smith moves to continue his trial and to extend the time for filing pretrial motions until 28 days before any new trial date.