> Motion GRANTED, conditioned upon the timely filing of a waiver of speedy trial.
>
> /s/ Aleta A. Trauger

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00103 |
| | ) | JUDGE TRAUGER |
| AURTHEDESS EUGENE SMITH | ) | |

## MOTION TO CONTINUE TRIAL AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Aurthedess Smith moves to continue his April 1, 2014 trial and to extend the time for filing pretrial motions until four weeks before any new trial date. Mr. Smith is released on bond pending trial.

In support of this motion, the defendant would show the following: Defense counsel continues to investigate the facts and circumstances of the traffic stop which led to Mr. Smith's arrest. The defense team has made progress but is still identifying relevant evidence. This investigation is necessary both to assess the merits of any potential pretrial motions and to provide Mr. Smith with sound advice about proposed courses of action in this matter.

Defense counsel has discussed the possibility of a continuance with Mr. Smith, who concurs in the request and will be filing a speedy trial waiver.

Assistant United States Attorney Lee Deneke advises that he has no opposition to the requested action.

For these reasons, Mr. Smith moves to continue his trial and to extend the time for filing pretrial motions until 28 days before any new trial date. Given counsel's other client obligations, the defendant requests that this matter be postponed until after June 17, 2014, and not during the weeks of July 28 or August 5, 2014.