UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00103 |
| | ) | JUDGE TRAUGER |
| AURTHEDESS EUGENE SMITH | ) | |

**MOTION TO CONTINUE JUNE 24 TRIAL AND
EXTEND TIME FOR FILING PRETRIAL MOTIONS**

Through counsel, defendant Aurthedess Smith moves to continue his June 24, 2014 trial and to extend the time for filing pretrial motions until four weeks before any new trial date. Mr. Smith is released on bond pending trial and employed.

In support of this motion, the defendant would show the following: Defense counsel continues to investigate the facts and circumstances of the traffic stop which led to Mr. Smith's arrest. The defense team has made significant progress but requires additional time to investigate. This investigation is necessary both to assess the merits of any potential pretrial motions and to provide Mr. Smith with sound advice about proposed courses of action in this matter. Additionally, the parties have engaged in preliminary discussions about resolving this matter without a trial.

Defense counsel has discussed the possibility of a continuance with Mr. Smith, who concurs in the request and has signed a speedy trial waiver.

Assistant United States Attorney Lee Deneke advises that he has no opposition to the requested action.

For these reasons, Mr. Smith moves to continue his trial and to extend the time for filing pretrial motions until 28 days before any new trial date.