UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.==

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:13-00103
) JUDGE TRAUGER
)
AURTHEDESS EUGENE SMITH )

### AMENDED MOTION TO CONTINUE NOVEMBER 25 TRIAL AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

This motion has been amended only to reflect, correctly, that Assistant U.S. Attorney Lee Deneke has advised that he has no opposition to a continuance.

Through counsel, defendant Aurthedess Smith moves to continue his November 25, 2014 trial and to extend the time for filing pretrial motions until 20 days before any new trial date. Mr. Smith is released on bond pending trial and employed.

In support of this motion, the defendant would show the following: The parties are continuing to engage in settlement discussions and hope to reach an agreed resolution. As indicated in previous pleadings, this gun possession case arose from a warrantless traffic stop, and the defense team has been engaged in ongoing investigation of the circumstances of the traffic stop. The parties have not yet reached an agreement, and Mr. Smith therefore asks the Court to continue the November 25, 2014 trial and extend the time for filing a suppression motion, if a motion is needed.

Defense counsel has discussed the possibility of a continuance with Mr. Smith, who concurs in the request and will be signing a speedy trial waiver.

Assistant United States Attorney Lee Deneke has no opposition to continuing this matter.

For these reasons, Mr. Smith moves to continue his trial and to extend the time for filing pretrial motions until 20 days before any new trial date.